**Opinion issued August 27, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-24-00604-CV

———————————

## IN RE DAVID L. JOYNER, RELATOR

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, David L. Joyner, has filed a petition for writ of mandamus complaining of the 151st District Court's July 23, 2019 order finding relator a vexatious litigant and denying him permission to file a suit.

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

### PER CURIAM

Panel consists of Justices Goodman, Guerra, and Farris.